UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PLEASON DEVON,

           Plaintiff,            : <u>REPORT AND RECOMMENDATION</u>

    -v.-                     : 07 Civ. 7710 (BSJ) (GWG)

CITY OF NEW YORK, et al.,     :

           Defendants.        :

------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

      The complaint in this matter was filed on August 29, 2007. As of December 3, 2007, no return of service had been filed with the Court as to any of the defendants. Accordingly, the Court issued an Order on that date informing plaintiff that he was required either to serve the summons and complaint on or before January 2, 2008, or to seek an extension of this deadline by showing good cause for his failure to effectuate service. This Order specifically informed the plaintiff that his case could be dismissed if he failed to comply with these directives.

      Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion, or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The 120-day period permitted under Rule 4(m) has expired. To date, there has been no proof of service filed with respect to any of the defendants in this matter. Nor has there been an application for an extension of time that shows good cause for such failure. In addition, the Court's clerk has learned from the Marshal's Service that it has received no request from plaintiff to effectuate service.

      For these reasons, and because this is not a case in which the Court should exercise its discretion to grant an extension in the absence of good cause, see <u>Zapata v. City of New York</u>, 502 F.3d 192 (2d Cir. 2007), this matter should be dismissed without prejudice pursuant to Rule 4(m).

## PROCEDURE FOR FILING OBJECTIONS TO THIS
## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have ten (10) days from service of this Report to file any objections. See also Fed. R. Civ. P. 6(a), (e). Such objections (and any responses to objections) shall be filed with the Clerk of the Court, with copies sent to the Honorable Barbara S. Jones, 500 Pearl Street, New York, New York 10007. Any request for an extension of time to file objections must be directed to Judge Jones. If a party fails to file timely objections, that party will not be permitted to raise any objections to this Report and Recommendation on appeal. See Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

Dated: January 14, 2008
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge


Copy to:

Devon Pleasant a/k/a Pleasant Devon
241-07-05305
NYSID: 2254397H
George Motchan Detention Center (GMDC)
15-15 Hazen St.
East Elmhurst, NY 11370

Hon. Barbara S. Jones
United States District Judge